**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ivan VERDUSCO–COTA, Defendant— Appellant.**

**No. 11–10302.**

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2012.*

Filed July 19, 2012.

Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff-Appellee.

Giles W. Dalby Correctional Institution, Post, TX, Mark Willimann, Tucson, AZ, for Defendant–Appellant.

Ivan Verdusco–Cota, pro se.

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

## MEMORANDUM **

Ivan Verdusco–Cota appeals from his guilty-plea conviction and 60–month sentence for conspiracy to possess with intent to distribute heroin, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(i), and 846; and possession with intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(i). Pursuant to

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Verdusco–Cota's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Verdusco–Cota with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

**AFFIRMED.**

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.